PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 11CR02292-001-IEG |
| DOCKET NUMBER (Rec. Court) | 13-cr-00219-PAB |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Rodney De La Torre-Reyna<br>District of Colorado | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Irma E. Gonzalez<br>Senior U.S. District Judge | |
| | DATES OF Supervised Release | FROM 09/21/2011 — TO 09/20/2013 |

**OFFENSE**

8 U.S.C. § 1324(a)(2)(B)(iii), Bringing in an Illegal Alien without Presentation, a Class C felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: 5/3/13

Irma E. Gonzalez
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Colorado

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

Effective Date: May 24, 2013

s/ Marcia S. Krieger
United States District Judge