Case No. 1:13-cr-00219-WJM   Document 2   filed 06/03/13   USDC Colorado   pg 1 of 14
Case 3:11-cr-02292-IEG   Document 86   Filed 05/29/13   Page 1 of 1
Case 1:13-cr-00219-PAB   Document 1   Filed 05/28/13   USDC Colorado   Page 1 of 1

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 11CR02292-001-IEG |
| | | DOCKET NUMBER (Rec. Court) |
| | | 13-cr-00219-PAB |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Rodney De La Torre-Reyna<br>District of Colorado | Southern California | San Diego |
| FILED<br>MAY 29 2013<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY ____ DEPUTY | NAME OF SENTENCING JUDGE<br>Irma E. Gonzalez<br>Senior U.S. District Judge | |
| | DATES OF | FROM | TO |
| | Supervised Release | 09/21/2011 | 09/20/2013 |

**OFFENSE**

8 U.S.C. § 1324(a)(2)(B)(iii), Bringing in an Illegal Alien without Presentation, a Class C felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5/3/13_   _Irma E. Gonzalez_
Date        Irma E. Gonzalez
            Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Colorado

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

May 24, 2013                               s/ Marcia S. Krieger
Effective Date                             United States District Judge



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557-5600  Fax: (619) 702-9900
www.casd.uscourts.gov

W. Samuel Hamrick, Jr.
Clerk of Court

5/29/13

Clerk, U.S. District Court
District of Colorado
901 19th Street, 2nd Floor
Denver, CO 80294

**Transfer of Jurisdiction**

Our Case #: 11cr2292-IEG

Re:     Rodney De La Torre-Rey

Dear Clerk of Court:

The following documents can be accessed on our docket of the above referenced case through PACER:

    Transfer of Jurisdiction
    Indictment, Information or Complaint
    Judgment
    OSC's, if applicable

Please acknowledge receipt of this case transfer on the enclosed copy of this letter.

                                        Sincerely yours,

                                        W. Samuel Hamrick, Jr.
                                        Clerk of Court

                                        By: s/ J. Haslam
                                            J. Haslam, Deputy Clerk

CLOSED,PROBATION TRANSFER,WARRANT

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:11-cr-02292-IEG-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. De La Torre-Reyna et al | Date Filed: 06/07/2011 |
| Magistrate judge case number: 3:11-mj-01613-BLM | Date Terminated: 09/23/2011 |

Assigned to: Judge Irma E. Gonzalez

### Defendant (1)

**Rodney G. De La Torre-Reyna**  represented by  **Charles N Guthrie**
*TERMINATED: 09/23/2011*                        Law Offices of Charles N Guthrie
                                                121 Broadway
                                                Suite 531
                                                San Diego, CA 92101-3596
                                                (619)230-8598
                                                Fax: (619)230-0017
                                                Email: charlesnguthrie@aol.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 8:1324(a)(2)(B)(iii); 18:2 - Bringing in Illegal Aliens Without Presentation; Aiding and Abetting (1) | Cust BOP Time Served, Sup Rel 2 yrs, Assess $100 waived, Fine waived |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| 8:1324(a)(2)(B)(iii) - Bringing in Illegal Alien Without Presentation (Felony) | |

I hereby attest and certify on 5/29/13
That the foregoing document is a full, true and correct copy [...] original on file in my office and in my legal cust[...]
CLERK, U[S ...] [...]URT
[...]ERN DIST[...] [...]IFORNIA
By __J. Hose__ _Deputy

**Plaintiff**

USA     represented by    **U S Attorney CR**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*TERMINATED: 07/14/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

**Sarah Ruth Boot**
U.S. Attorney's Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-7032
Fax: (619)235-2757
Email: sarah.boot@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2011 | | Arrest of Rodney G. De La Torre-Reyna, Angel Rogelio Mendoza-Ochoa, Oscar Trejo-Huerta (ecs) (cap). [3:11-mj-01613-BLM] (Entered: 05/09/2011) |
| 05/09/2011 | 🔒 1 | COMPLAINT as to Rodney G. De La Torre-Reyna, Angel Rogelio Mendoza-Ochoa, Oscar Trejo-Huerta. (Attachments: # 1 Info Sheet) (ecs) (cap). [3:11-mj-01613-BLM] (Entered: 05/09/2011) |
| 05/09/2011 | 3 | Minute Entry for proceedings held before Magistrate Judge Barbara Lynn Major: Status Hearing re Initial Appearance as to Rodney G. De La Torre-Reyna (n/a), Angel Rogelio Mendoza-Ochoa (n/a), Oscar Trejo-Huerta (n/a) held on 5/9/2011. Initial Appearance continued to 5/10/11 at 1:30PM in courtroom 2 before Duty Magistrate Judge Barbara Lynn Major. (CD# 5/9/2011 16:20-16:23). (Plaintiff Attorney AUSA Marietta Wasserman). (Defendant Attorney Cassandra Lopez, FD-S/A). |

| | | |
|---|---|---|
| | | (pdc) [3:11-mj-01613-BLM] (Entered: 05/10/2011) |
| 05/10/2011 | 2 | Set/Reset Duty Hearings as to Rodney G. De La Torre-Reyna, Angel Rogelio Mendoza-Ochoa, Oscar Trejo-Huerta: Initial Appearance set for 5/10/2011 before Magistrate Judge Barbara Lynn Major (smy) [3:11-mj-01613-BLM] (Entered: 05/10/2011) |
| 05/10/2011 | 5 | Minute Entry for proceedings held before Magistrate Judge Barbara Lynn Major: Status Hearing re Initial Appearance as to Rodney G. De La Torre-Reyna (1)(n/a), Angel Rogelio Mendoza-Ochoa (2)(n/a), Oscar Trejo-Huerta (3)(n/a) held on 5/10/2011. Initial Appearance continued to 5/11/2011 at 1:30PM before Duty Magistrate Judge Barbara Lynn Major. (CD# 5/10/2011 BLM 15:39-15:40). (Plaintiff Attorney Michelle Wasserman, AUSA). (Defendant Attorney Lauren Cusick, FD-S/A). (smy) Modified on 5/12/2011 to correct text (smy). [3:11-mj-01613-BLM] (Entered: 05/11/2011) |
| 05/11/2011 | 4 | Set/Reset Duty Hearings as to Rodney G. De La Torre-Reyna, Angel Rogelio Mendoza-Ochoa, Oscar Trejo-Huerta: Initial Appearance set for 5/11/2011 before Magistrate Judge Barbara Lynn Major (aje) [3:11-mj-01613-BLM] (Entered: 05/11/2011) |
| 05/11/2011 | 6 | Minute Entry for proceedings held before Magistrate Judge Barbara Lynn Major: Initial Appearance as to Rodney G. De La Torre-Reyna (1), Angel Rogelio Mendoza-Ochoa (2), Oscar Trejo-Huerta (3) held on 5/11/2011. Attorney Charles N Guthrie (n/a) appointed for Rodney G. De La Torre-Reyna (1), Federal Defenders appointed for Angel Rogelio Mendoza-Ochoa (2), attorney Paul D Turner appointed for Oscar Trejo-Huerta (3). Bond set as to Rodney G. De La Torre-Reyna (1) $25,000 P/S and Angel Rogelio Mendoza-Ochoa (2) $25,000 P/S and Oscar Trejo-Huerta (3) $25,000 C/CS. Preliminary Hearing set for 5/24/2011 09:00 AM before Magistrate Judge Barbara Lynn Major. (CD# 5/11/2011 BLM 14:02-14:40). (Plaintiff Attorney Michelle Wasserman, AUSA). (Defendant Attorney Sara Brin, FD-S/A). (smy) [3:11-mj-01613-BLM] (Entered: 05/12/2011) |
| 05/11/2011 | 🔒 | (Court only) ***English. No Interpreter needed as to Rodney G. De La Torre-Reyna, Angel Rogelio Mendoza-Ochoa (smy) [3:11-mj-01613-BLM] (Entered: 05/12/2011) |
| 05/11/2011 | 🔒 8 | CJA 23 Financial Affidavit by Rodney G. De La Torre-Reyna (jmd) [3:11-mj-01613-BLM] (Entered: 05/13/2011) |
| 05/11/2011 | 9 | ORDER Setting Conditions of Release. Bond set for Rodney G. De La Torre-Reyna (1) $25,000 P/S. Secured by Co-Signatures of 2 FRA's (one must be related). Signed by Magistrate Judge Barbara Lynn Major on 5/11/11. (ecs) (jrl). [3:11-mj-01613-BLM] (Entered: 05/13/2011) |
| 05/24/2011 | 14 | Minute Entry for proceedings held before Magistrate Judge Barbara Lynn Major: Preliminary Hearing not held on 5/2411 as to Rodney G. De La Torre-Reyna, Angel Rogelio Mendoza-Ochoa, Oscar Trejo-Huerta. Preliminary Hearing continued to 6/7/2011 09:00 AM before Magistrate Judge Barbara Lynn Major. (CD# 5/24/2011 BLM1:936- |

| | | |
|---|---|---|
| | | 942). (Plaintiff Attorney AUSA, Michelle Wasserman). (Defendant Attorney Charles Guthrie, Sarah Gorman, FD, Jason Conforti s/a for Paul Turner, n/a). (tml) [3:11-mj-01613-BLM] (Entered: 05/25/2011) |
| 06/07/2011 | 15 | INFORMATION as to Rodney G. De La Torre-Reyna (1) count(s) 1, Angel Rogelio Mendoza-Ochoa (2) count(s) 1, Oscar Trejo-Huerta (3) count(s) 2. (tml) (av1). (Entered: 06/08/2011) |
| 06/07/2011 | 16 | WAIVER OF INDICTMENT by Rodney G. De La Torre-Reyna (tml) (Entered: 06/08/2011) |
| 06/07/2011 | 20 | Minute Entry for proceedings held before Magistrate Judge Barbara Lynn Major: Arraignment on Information as to Rodney G. De La Torre-Reyna (1) Count 1 and Angel Rogelio Mendoza-Ochoa (2) Count 1 and Oscar Trejo-Huerta (3) Count 2 held on 6/7/2011. Not Guilty plea entered. Change of Plea Hearing set for 6/30/2011 09:00 PM before Magistrate Judge Barbara Lynn Major. Motion Hearing/Trial Setting set for 7/18/2011 02:00 PM before Judge Irma E. Gonzalez. (CD# 6/7/2011 BLM1:914-939). (Plaintiff Attorney Michelle Wasserman, AUSA). (Defendant Attorney 1: Charles Guthrie, cja; 2: Sarah M. Gorman, FD; 3: Paul D. Turner). (mnb) (Entered: 06/08/2011) |
| 06/30/2011 | 25 | CONSENT TO RULE 11 PLEA before Magistrate Judge Barbara Lynn Major by Rodney G. De La Torre-Reyna. (jah) (Entered: 06/30/2011) |
| 06/30/2011 | 🔒 26 | PLEA AGREEMENT as to Rodney G. De La Torre-Reyna. (jah) (Entered: 06/30/2011) |
| 06/30/2011 | 30 | Minute Entry for proceedings held before Magistrate Judge Barbara Lynn Major: Change of Plea Hearing as to Rodney G. De La Torre-Reyna and Angel Rogelio Mendoza-Ochoa held on 6/30/2011. Plea Tendered by Rodney G. De La Torre-Reyna andAngel Rogelio Mendoza-Ochoa Guilty on counts one(1) of the Information. Excludable(s) started as to Rodney G. De La Torre-Reyna and Angel Rogelio Mendoza-Ochoa: XT Interest of Justice 6/30/11-9/12/11. PSR Ordered. Pending Motion Hearing/Trial Settings are vacated. Sentence With PSR set for 9/12/2011 09:00 AM before Judge Irma E. Gonzalez. (CD# 6/30/2011 BLM1:925-1003). (Plaintiff Attorney Carla Bressler, AUSA). (Defendant Attorney 1: Charles Guthrie, cja; 2: Sarah M. Gorman, FD). (mnb) (Entered: 07/01/2011) |
| 07/07/2011 | 33 | FINDINGS AND RECOMMENDATION of the Magistrate Judge upon a Tendered Plea of Guilty as to Rodney G. De La Torre-Reyna: Recommending that the district judge accept the defendant's plea of guilty. Signed by Magistrate Judge Barbara Lynn Major on 6/30/2011. (jah) (Entered: 07/07/2011) |
| 07/14/2011 | 41 | NOTICE OF ATTORNEY APPEARANCE: Sarah Ruth Boot appearing for USA. (Boot, Sarah). (jah). (Entered: 07/14/2011) |
| 07/15/2011 | 42 | ORDER ACCEPTING GUILTY PLEA as to Rodney G. De La Torre-Reyna, Angel Rogelio Mendoza-Ochoa. The Magistrate Judge's 33 Findings and Recommendation, 34 Findings and Recommendation are |

| | | | |
|---|---|---|---|
| | | | adopted. Court accepts Dfts' plea of guilty to Count 1 of the Information. Signed by Judge Irma E. Gonzalez on 7/15/2011. (jah) (jcj). (Entered: 07/15/2011) |
| 08/11/2011 | 🔒 | 54 | PRE-SENTENCE REPORT as to Rodney G. De La Torre-Reyna. Report prepared by: Victoria Chalmers. (Document applicable to USA, Rodney G. De La Torre-Reyna.) (Fullerton, J.). (jah). (Entered: 08/11/2011) |
| 08/26/2011 | 🔒 | 56 | SENTENCING MEMORANDUM *with attachment "A" college transcripts* by Rodney G. De La Torre-Reyna (Attachments: # 1 Exhibit attachment "A" college transcripts, # 2 Proof of Service)(Guthrie, Charles)(aef). (Entered: 08/26/2011) |
| 08/26/2011 | 🔒 | 57 | SENTENCING SUMMARY CHART by Rodney G. De La Torre-Reyna (Guthrie, Charles)(aef). (Entered: 08/26/2011) |
| 09/05/2011 | 🔒 | 58 | SENTENCING SUMMARY CHART by USA as to Rodney G. De La Torre-Reyna (Boot, Sarah). (jah). (Entered: 09/05/2011) |
| 09/09/2011 | | 60 | NOTICE OF HEARING as to Defendant Rodney G. De La Torre-Reyna. Court reschedules Sentence With PSR set for 9/12/2011 and reschedules the hearing to 9/21/2011 09:00 AM in Courtroom 01 before Judge Irma E. Gonzalez. (lsf) (Entered: 09/09/2011) |
| 09/19/2011 | 🔒 | 62 | MOTION for Downward Departure *Aberrant Behavior* by Rodney G. De La Torre-Reyna as to Rodney G. De La Torre-Reyna, Angel Rogelio Mendoza-Ochoa, Oscar Trejo-Huerta. (Attachments: # 1 Memo of Points and Authorities, # 2 Proof of Service)(Guthrie, Charles). Modified on 9/20/2011 - Motion applied to all dft in error. Email sent to Atty. Termed motion as to co-dfts (jah). (Entered: 09/19/2011) |
| 09/20/2011 | | 63 | ORDER Shortening Time as to Rodney G. De La Torre-Reyna. Time for filing Defendant's 62 MOTION for Downward Departure Aberrant Behavior is to no later than 9/19/2011. Signed by Judge Irma E. Gonzalez on 9/20/2011. (jah) (jcj). (Entered: 09/20/2011) |
| 09/21/2011 | | 64 | Minute Entry for proceedings held before Judge Irma E. Gonzalez: Sentence With PSR Hearing held on 9/21/2011 for Rodney G. De La Torre-Reyna (1). Court denies 62 Motion for Downward Departure as to Rodney G. De La Torre-Reyna (1). Count(s) 1 of the Information, Custody BOP Time Served, Supervised Release 2 years, Assessment $100 waived, Fine waived. (Court Reporter Frank Rangus).(Attorney S/A Helen Hong for S. Boot, AUSA). (Defendant Attorney Charles Guthrie, CJA). (lsf) (Entered: 09/21/2011) |
| 09/21/2011 | | 65 | ABSTRACT OF ORDER Releasing Rodney G. De La Torre-Reyna. (lsf) (Entered: 09/21/2011) |
| 09/23/2011 | | 66 | JUDGMENT as to Rodney G. De La Torre-Reyna (1). Count(s) 1: Cust BOP Time Served, Sup Rel 2 yrs, Assess $100 waived, Fine waived. Signed by Judge Irma E. Gonzalez. (jah) (av1). (Entered: 09/26/2011) |
| 09/28/2011 | | 67 | Judgment Returned Executed (time served) as to Rodney G. De La |

| | | |
|---|---|---|
| | | Torre-Reyna (1) on 9/27/11. (lao) (Entered: 09/28/2011) |
| 08/10/2012 | 83 | USPO Request for Modifying the Conditions or Term of Supervision and Order Thereon in case as to Rodney G. De La Torre-Reyna. Signed by Judge Irma E. Gonzalez on 8/9/2012. (jah) (jrl). (Entered: 08/10/2012) |
| 05/06/2013 | 84 | USPO Request for Warrant or Summons for Offender under Supervision and Order Thereon in case as to Rodney G. De La Torre-Reyna. Signed by Judge Irma E. Gonzalez on 5/3/2013. No-Bail Bench Warrant issued. (cc: USMS) (jah) (jcj). (Entered: 05/06/2013) |
| 05/06/2013 | 🔒 85 | ARREST WARRANT ISSUED by Judge Irma E. Gonzalez in case as to Rodney G. De La Torre-Reyna. (jah) (Entered: 05/06/2013) |
| 05/29/2013 | 86 | Probation Jurisdiction Transferred to the District of Colorado as to Rodney G. De La Torre-Reyna. Signed by Judge Irma E. Gonzalez on 5/3/2013. (Attachments: # 1 Transfer Letter) (jah) (Entered: 05/29/2013) |
| 05/29/2013 | 87 | NOTICE to Receiving District **(District of Colorado)** of Criminal Case Transfer, as to Rodney G. De La Torre-Reyna. The following documents are available on the public docket: 66 Judgment, 84 USPO Request for Warrant or Summons for Offender under Supervision and Order thereon, 15 Information - Felony, 16 Waiver of Indictment, 83 USPO Request for Modifying the Conditions or Term of Supervision and Order thereon (12b). Additional documents will be sent. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (no document attached) (jah) (Entered: 05/29/2013) |

```
                                              FILED
                                            JUN - 7 2011
                                       CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11CR 2292-IEG |
|---|---|
| Plaintiff, | ) |
| | ) I N F O R M A T I O N |
| v. | ) |
| | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(iii) - Bringing |
| RODNEY G. DE LA TORRE-REYNA (1), | ) in Illegal Aliens Without |
| ANGEL ROGELIO MENDOZA-OCHOA(2), | ) Presentation; |
| OSCAR TREJO-HUERTA (3), | ) Title 18, U.S.C., |
| | ) Sec. 2 - Aiding and Abetting; |
| Defendants. | ) Title 8, U.S.C., Sec. 1326(a) |
| | ) and (b) - Deported Alien Found |
| | ) in the United States (Felony) |
| | ) |

The United States Attorney charges:

Count 1

On or about May 8, 2011, within the Southern District of California, defendants RODNEY G. DE LA TORRE-REYNA and ANGEL ROGELIO MENDOZA-OCHOA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Oscar Trejo-Huerta, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

//
//

SRB:gr:San Diego
5/16/11

## Count 2

On or about May 8, 2011, within the Southern District of California, defendant OSCAR TREJO-HUERTA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

It is further alleged that defendant was removed from the United States subsequent to May 4, 2010.

DATED: 6/6/11.

LAURA E. DUFFY
United States Attorney

SARAH R. BOOT
Assistant U.S. Attorney

SRB:gr:San Diego
5/16/11

2

AO 245B (CASD) (Rev. 8/11) Judgment in a Criminal Case
Sheet 1

**FILED**
**SEP 23 2011**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| RODNEY G. DE LA TORRE-REYNA (1) | Case Number: 11CR2292-IEG |
| | CHARLES GUTHRIE |
| | Defendant's Attorney |

**REGISTRATION NO.** 25699298

☐
THE DEFENDANT:
☒ pleaded guilty to count(s) 1 of the Information.
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8:1324(a)(2)(B)(iii), 18:2 | Bringing in illegal aliens without presentation. | 1 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.
☒ Assessment: $100.00 waived.

☒ Fine waived   ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

September 21, 2011
Date of Imposition of Sentence

HON. IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE

11CR2292-IEG

AO 245B (CASD) (Rev. 8/11)  Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment — Page  2  of  4

DEFENDANT: RODNEY G. DE LA TORRE-REYNA (1)
CASE NUMBER: 11CR2292-IEG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

Time Served.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

11CR2292-IEG

AO 245B (CASD) (Rev. 8/11) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT: RODNEY G. DE LA TORRE-REYNA (1)
CASE NUMBER: 11CR2292-IEG

Judgment—Page 3 of 4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
2 years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __4__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

11CR2292-IEG

AO 245B (CASD) (Rev. 8/11) Judgment in a Criminal Case
Sheet 4 — Special Conditions

Judgment—Page 4 of 4

DEFENDANT: RODNEY G. DE LA TORRE-REYNA (1)
CASE NUMBER: 11CR2292-IEG

## SPECIAL CONDITIONS OF SUPERVISION

☒ Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

☐ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer with 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate with undocumented aliens or alien smugglers.

☐ Not reenter the United States illegally.

☒ Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer.

☒ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☐ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

☐ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☐ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☐ Seek and maintain full time employment and/or schooling or a combination of both.

☐ Resolve all outstanding warrants within _____ days.

☐ Complete _____ hours of community service in a program approved by the probation officer within

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

☐ Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☒ Enroll in school and continue with Community College until Graduation.

11CR2292-IEG