IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-219-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**RODNEY G. DE LA TORRE-REYNA**,

    Defendant.

---

**NOTICE OF ATTORNEY APPEARANCE**

---

    The United States of America by John F. Walsh, United States Attorney for the District of Colorado, through Martha A. Paluch, Assistant United States Attorney, hereby enters her appearance on behalf of the United States. All future notices and hearing dates should be directed to Assistant U.S. Attorney Martha A. Paluch.

    Dated this 17th day of June, 2013.

    Respectfully submitted,

By: *s/ Martha Paluch*
MARTHA PALUCH
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Martha.Paluch@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 17th day of June, 2013, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record,

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: solange.reigel@usdoj.gov