IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00219-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODNEY DELATORRE REYNA,

Defendant.
_____

NOTICE OF ATTORNEY APPEARANCE
_____

      Comes now Richard J. Banta and enters his appearance on behalf of Mr. Rodney Delatorre Reyna.

      Respectfully submitted,

s/Richard J. Banta
3570 East 12th Ave
Denver, CO 80206
rbantaatty@earthlink.net
303-860-8048

CERTIFICATE OF SERVICE

I certify that on June 18th, 2013 I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **James R. Allison**
  james.allison2@usdoj.gov,Veronica.Ortiz@usdoj.gov,USACO.ECFCriminal@usdoj.gov
- **Martha Ann Paluch**
  Martha.Paluch@usdoj.gov,USACO.ECFCivil@usdoj.gov,barbara.gardalen@usdoj.gov

1

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case and who therefore require manual noticing:

- None

s/Richard J. Banta