AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America )
v. )
Rodney G. DeLaTorre-Reyna ) Case No. 13-cr-00219-WJM
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 6/19/13

_____
Defendant's signature

_____
Signature of defendant's attorney

Richard J. Banta  #3108
Printed name and bar number of defendant's attorney

3570 E. 12th Ave  Denver 80206
Address of defendant's attorney

rbanteatty@earthlink.net
E-mail address of defendant's attorney

303-860-8048
Telephone number of defendant's attorney

303-832-5857
FAX number of defendant's attorney