IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-219-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**RODNEY G. DE LA TORRE-REYNA**,

    Defendant.

---

**NOTICE OF ATTORNEY APPEARANCE**

---

The United States of America by John F. Walsh, United States Attorney for the District of Colorado, through Susan D. Knox, Assistant United States Attorney, hereby enters her appearance on behalf of the United States. All future notices and hearing dates should be directed to Assistant U.S. Attorney Susan D. Knox.

Dated this 19th day of June, 2013.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

    By: *s/ Susan D. Knox*
    SUSAN D. KNOX
    Assistant United States Attorney
    U.S. Attorney's Office
    District of Colorado
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Susan.Knox@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 19th day of June, 2013, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: solange.reigel@usdoj.gov