IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-219-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**RODNEY G. DE LA TORRE-REYNA**,

    Defendant.

---

## MOTION TO WITHDRAW AS ATTORNEY

---

The United States of America by John F. Walsh, United States Attorney for the District of Colorado, through Martha A. Paluch, Assistant United States Attorney, hereby respectfully requests to be withdrawn as counsel for the government in this matter.

As grounds therefor, the government states as follows:

Assistant United States Attorney Susan Knox has entered her appearance on behalf of the United States. (Doc. #12). The undersigned counsel no longer represents the government in this case and respectfully requests to be removed from the electronic notification system in this matter.

Dated this 19th day of June, 2013.

                                      Respectfully submitted,

                                      By: *s/ Martha A. Paluch*
                                      MARTHA A. PALUCH
                                      Assistant United States Attorney
                                      1225 Seventeenth Street, Suite 700
                                      Denver, Colorado 80202
                                      Telephone: (303) 454-0100
                                      Facsimile: (303) 454-0404
                                      E-mail: Martha.Paluch@usdoj.gov
                                      Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 19th day of June, 2013, I electronically filed the foregoing **MOTION TO WITHDRAW AS ATTORNEY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: solange.reigel@usdoj.gov