IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-219-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**RODNEY G. DE LA TORRE-REYNA**,

    Defendant.

---

**ORDER**

---

    THE COURT, upon the Government's Motion to Withdraw as Attorney (Doc. # \_\_\_) and for the reasons set forth therein,

    HEREBY GRANTS said motion, and

    ORDERS the Clerk of the United States Court for the District of Colorado to remove Assistant United States Attorney Martha A. Paluch from the electronic notification system in this matter.

    SO ORDERED this _____ day of _____, 2013 at Denver, Colorado.

                                    BY THE COURT:

                                    _____
                                    THE HONORABLE WILLIAM J. MARTINEZ
                                    UNITED STATES DISTRICT COURT
                                    DISTRICT OF COLORADO