**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Criminal Action No. 13-cr-0219-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RODNEY G. DE LA TORRE-REYNA,

    Defendant.

_____

## ORDER GRANTING MOTION TO WITHDRAW
_____

This matter comes before the Court on the Motion of the United States Attorney to allow Assistant United States Attorney Martha A. Paluch to Withdraw as the Government's Attorney in this matter, filed June 19, 2013 (ECF No. 13). The Court being fully advised hereby ORDERS as follows:

The Government's motion is GRANTED. Assistant United States Attorney Martha A. Paluch is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notification to AUSA Paluch in this case.

Dated this 19th day of June, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge