IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  June 27, 2013
Court Reporter:        Gwen Daniel                 Probation: Lori Cross

_____

Criminal Action No.  13-cr-00219-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                          Susan Knox

     Plaintiff,

v.

RODNEY G. DE LA TORRE-REYNA,                 Richard Banta

     Defendant.

_____

# COURTROOM MINUTES
_____

STATUS CONFERENCE

11:02  a.m.    Court in Session

Appearances

Defendant is present and in custody.

Court's comments

Status by Mr. Banta

The defense has initiated Rule 11 discussions with the Government that Mr. Banta is hopeful will be fruitful.

Ms. Knox's comments

1

**ORDERED:** **A further status conference is set Wednesday, August 28, 2013 at 4:30 p.m.**

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

11:08 a.m.  Court in Recess
            Hearing Concluded
            Time: 6 minutes