IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00219-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODNEY DELATORRE REYNA,

Defendant.

---

UNOPPOSED MOTION TO VACATE STATUS CONFERENCE AND WRITTEN
REPORT ON STATUS OF CASE

---

Comes now Rodney Delatorre-Reyna, through counsel, Richard J. Banta, pursuant to Rule 47, Fed. R. Cr. P, and respectfully moves the court for an order granting this motion.  In support of such motion, Defendant states the following:

1. This matter is set for a Status Conference on August 28, 2013 at 4:45 pm.

2. Counsel for Mr. Delatorre-Reyna is currently undergoing rehabilitation for an injury and subsequent surgery to his right ankle sustained in an accident in July.

3. While counsel's rehabilitation is progressing well and a full recovery is anticipated, his mobility on the instruction of his doctor is presently restricted and will be so until sometime toward the middle of September.

4. Counsel for Mr. Delatorre-Reyna would be physically unable to be present for the scheduled Status Conference.

5. Counsel could with the court's permission arrange to have substitute counsel present at such hearing, or appear by phone.

6.  The parties are engaged in ongoing plea discussions concerning resolution of the Supervised Release violation charge in this case as well as the case upon which this case is based, United States v. Brandon Lee Brown, et al, 13-cr-00159.

7.  The primary case is set for a Status Conference on November 12, 2013.

8.  The parties believe there is a strong possibility that both case will be resolved by plea agreement.

9.  The parties respectfully suggest that in lieu of the in person status conference set on August 28, 2013 that this Motion and Report can serve the purpose of the hearing to inform the court of the status of the case.

10. Counsel for Mr. Delatorre-Reyna will provide the court with another written update on September 27, 2013 concerning the status of this case.

11. Counsel is authorized to state he has discussed this motion with Assistant US Attorney Zeke Knox and she agrees that this Motion and Report can serve to inform the court of the status of this case in lieu of the August 28th Status Conference.

Wherefore, Mr. Delatorre-Reyna respectfully prays that the court enter an order granting this motion, and granting such further relief as the court deems just and proper.

Respectfully submitted,


s/Richard J. Banta
3570 East 12th Ave
Denver, CO 80206
rbantaatty@earthlink.net
303-860-8048

2

CERTIFICATE OF SERVICE

I certify that on August 20th, 2013 I electronically filed the foregoing Unopposed Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **James R. Allison**
  james.allison2@usdoj.gov,Veronica.Ortiz@usdoj.gov,USACO.ECFCriminal@usdoj.gov

- **Susan Diane Knox**
  susan.knox@usdoj.gov,solange.reigel@usdoj.gov

<u>s/Richard J. Banta</u>