Rodney De La Torre
Case # 11CR02292-001-IEG
5-B-12
P.O. Box 16700
Golden, CO 80402

Clerk of Court
Criminal Division
Federal Court House
901 19 St
Denver, CO 80249

```
                              FILED
                    UNITED STATES DISTRICT COURT
                         DENVER, COLORADO

                           SEP 23 2013

                       JEFFREY P. COLWELL
                                          CLERK
```

RE: Case # 11CR2292-001-IEG

Clerk of Court
   I would like to know the following information.

(1) Has my probation been revoked? Is my probation time still running?

(2) How much time has been served on my probation? Meaning Good Time, Flat Time, & Jail Time?

(3) Can I get a bond on this violation?

   I look forward to your answers on the above questions.

Respectfully Submitted,

[signature]

