IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00219-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODNEY DELATORRE REYNA,

Defendant.

___

STATUS REPORT
___

      Comes now Rodney Delatorre-Reyna, through counsel, Richard J. Banta, pursuant to this court's order of August 20th, 2013 and respectfully submits this Status Report. In support of such Status Report, Defendant states the following:

1. The parties continue to be engaged in ongoing plea discussions concerning resolution of the supervised release violation charge in this case as well as the case upon which this case is based, United States v. Brandon Lee Brown, et al, 13-cr-00159.

2. The primary case is set for a Status Conference on November 12, 2013.

3. The parties believe there is a strong possibility that both case will be resolved by plea agreement.

4. The parties are hopeful of reaching a resolution of the cases prior to the November 12th Status Conference.

5. Counsel for Mr. Delatorre-Reyna will file with the court an additional Status Report on or before October 27, 2013 concerning the status of both cases.

Wherefore, Mr. Delatorre-Reyna respectfully prays that the court enter an order accepting this Status Report, and granting such further relief as the court deems just and proper.

Respectfully submitted,

s/Richard J. Banta
3570 East 12th Ave
Denver, CO 80206
rbantaatty@earthlink.net
303-860-8048

CERTIFICATE OF SERVICE

I certify that on September 27th, 2013 I electronically filed the foregoing Status Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **James R. Allison**
  james.allison2@usdoj.gov,Veronica.Ortiz@usdoj.gov,USACO.ECFCriminal@usdoj.gov

- **Susan Diane Knox**
  susan.knox@usdoj.gov,solange.reigel@usdoj.gov

s/Richard J. Banta

2