IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00219-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**RODNEY DELATORRE REYNA,**

Defendant.

---

DEFENDANT REYNA'S MOTION FOR DE NOVO REVIEW OF DETENTION
ORDER AND REQUEST FOR HEARING

---

Comes now Defendant through counsel, Richard J. Banta pursuant to Fed. R. Cr. P. 47 and 18 U.S.C. § 31245(b) and respectfully moves the Court for an Order granting this motion. In support of such motion, Defendant states the following:

1. Defendant was ordered detained on June 19, 2013 (doc 91).

2. At the June 19th detention hearing Defendant did not contest detention in view of the detention order previously entered in the related case upon which this case is based, United States v. Rodney Delatorre-Reyna, 13-cr-00159 WJM.

3. As of the date of this motion, Defendant has been in pretrial custody at the Jefferson County Detention Center for approximately four months.

4. At the June19th detention hearing Defendant reserved the right to raise the issue of detention again if such issue were raised in case 13-cr-00159-WJM.

1

5. Defendant incorporates herein the statements and reasons set forth in his Motion for De Novo Review of Detention Order and Request for Hearing filed simultaneously with this motion in case 13-cr-00159-WJM.

6. Counsel for Mr. Reyna has discussed this motion with Assistant US Attorney Zeke Knox and is authorized to state the government opposes this motion.

                Respectfully submitted,

              s/Richard J. Banta
               3570 East 12th Ave
               Denver, CO 80206
               rbantaatty@earthlink.net
               303-860-8048

## CERTIFICATE OF SERVICE

I certify that on October 15th, 2013 I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Alan Baum**
  abaum@criminaldefense.com,sfvab@aol.com
- **Darren Randal Cantor**
  darren@cantorlaw.net
- **Matthew Seth Connell**
  mattconnell213@gmail.com
- **Martha Horwitz Eskesen**
  meskesen@eskesenlaw.com
- **Marci A. Gilligan**
  gilligan@ridleylaw.com,baker@ridleylaw.com
- **Andres Rene Guevara**
  andres@guevaracoloradolaw.com
- **Abraham V. Hutt**
  abe@abehutt.com,leni@abehutt.com
- **Richard D. Irvin**
  rdirvin@irvinlaw.net
- **Thomas P. Johnson**
  tom.johnson@dgslaw.com,judi.bulanowski@dgslaw.com
- **Geoffrey Charles Klingsporn**
  geoff.klingsporn@dgslaw.com,paige.finnell@dgslaw.com

- **Susan Diane Knox**
  susan.knox@usdoj.gov,Judith.Caldwell@usdoj.gov,solange.reigel@usdoj.gov
- **David Michael Koppa**
  david@davidkoppa.com,attorney@davidkoppa.com
- **Jerome Christopher McKee**
  jchristophermckee@gmail.com,cmckee@johnson-brennan.com
- **Laura A. Menninger**
  lmenninger@hmflaw.com,brodriguez@hmflaw.com
- **Lisa Fine Moses**
  Lisa@knightandmoses.com,kmlawyers@knightandmoses.com
- **Siddhartha Hardas Rathod**
  sr@rmlawyers.com,qm@rmlawyers.com,nl@rmlawyers.com
- **Mark Samuel Rubinstein**
  msrubinstein@comcast.net
- **Joseph Saint-Veltri**
  jsvlawoffice@gmail.com
- **Daniel Joseph Sears**
  djsearspc@aol.com
- **Kathryn J. Stimson**
  kathryn@stimsondefense.com,michele@stimsondefense.com,helene@hkeinvestigations.com
- **John F. Sullivan , III**
  jfslaw1@aol.com

**Manual Notice List**

The following is a list of attorneys who are **not** on the list to receive e-mail notices for this case and who therefore require manual noticing:

- None

    s/Richard J. Banta