IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00219-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODNEY DELATORRE REYNA,

Defendant.

_____

STATUS REPORT
_____

Comes now Rodney Delatorre-Reyna, through counsel, Richard J. Banta, and respectfully submits this Status Report. In support of such Status Report, Defendant states the following:

1. The parties continue to be engaged in ongoing plea discussions concerning resolution of the supervised release violation charge in this case as well as the case upon which this case is based, United States v. Brandon Lee Brown, et al, 13-cr-00159.

2. The primary case is set for a Status Conference on November 12th, 2013.

3. The parties believe there is a strong possibility that both case will be resolved by plea agreement.

4. The parties are hopeful of reaching a resolution of the cases prior to the November 12th Status Conference.

5. The parties have put at issue before the court Mr. Delatorre-Reyna's motion for *de novo* of the detention order in this case as well as in the primary case.

1

6. The aforementioned motions are pending as of the date of this Status Report.

Wherefore, Mr. Delatorre-Reyna respectfully prays that the court enter an order accepting this Status Report, and granting such further relief as the court deems just and proper.

                                                Respectfully submitted,

                                                s/Richard J. Banta
                                                 3570 East 12th Ave
                                                 Denver, CO 80206
                                               rbantaatty@earthlink.net
                                               303-860-8048

## CERTIFICATE OF SERVICE

I certify that on October 25th, 2013 I electronically filed the foregoing Status Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **James R. Allison**
  james.allison2@usdoj.gov,Veronica.Ortiz@usdoj.gov,USACO.ECFCriminal@usdoj.gov

- **Susan Diane Knox**
  susan.knox@usdoj.gov,solange.reigel@usdoj.gov

                                                s/Richard J. Banta