IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00219-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

**RODNEY DELATORRE REYNA,**

Defendant.

___

NOTICE OF DISPOSITION
___

     Comes now Rodney Delatorre-Reyna, through counsel, Richard J. Banta, and gives Notice that he has reached a plea agreement with the government. The parties request that this matter be set for a change of plea hearing.

                                                                    Respectfully submitted,

                                                            s/Richard J. Banta
                                                            Richard J. Banta
                                                            3570 East 12th Ave.
                                                            Denver, CO 80206
                                                           303-860-8048

CERTIFICATE OF SERVICE

     I certify that on December 11th, 2013 I electronically filed the foregoing Notice of Disposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Susan Diane Knox**
  susan.knox@usdoj.gov,solange.reigel@usdoj.gov

                                                                    s/Richard J. Banta