IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00219-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

8. **RODNEY DELATORRE REYNA,**

Defendant.

_____

UNOPPOSED MOTION TO CONTINUE CURRENT HEARING, TO CONSOLIDATE CASES FOR CHANGE OF PLEA AND REVOCATION HEARINGS, AND FOR FURTHER PROCEEDINGS

_____

Comes now Mr. Delatorre-Reyna through counsel, Richard J. Banta pursuant to Fed. R. Cr. P. 47 and respectfully moves the Court for an Order granting this motion.  In support of such motion, Mr. Delatorre-Reyna states the following:

1. This case is set for a Supervise Release Revocation hearing at 11:00 am on February 25, 2014.

2. The related criminal case case, 13-CR-00159, is set for a Change of Plea hearing at 11:00 am on February 18, 2014.

3. Counsel for Mr. Delatorre-Reyna is scheduled to begin a one-week trial in Jefferson County District Court, on February 18, 2014.

4. This case has been scheduled since September 2013 in accordance with the Colorado speedy trial statute.

5.  It is submitted it will be in the interest of judicial economy to consolidate for hearing and disposition this case and the criminal case upon which this case is based.

6. Counsel for Mr. Delatorre-Reyna has discussed this motion with Assistant US Attorney Susan Knox and is authorized to state she agrees that it makes sense to consolidate the two cases.

7.  Counsel for the parties are available most days the weeks of March 10th and March 17th  for a rescheduled hearing if the Court grants this motion.

Wherefore Defendant respectfully prays that the court enter an order granting this motion and granting such further relief as the court deems just and proper.

Respectfully submitted,


s/Richard J. Banta
3570 East 12th Ave
Denver, CO 80206
rbantaatty@earthlink.net
303-860-8048


CERTIFICATE OF SERVICE

I certify that on January 23, 2014 I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

- **Susan Diane Knox**
  susan.knox@usdoj.gov; Judith.Caldwell@usdoj.gov,solange.reigel@usdoj.gov


s/Richard J. Banta