**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Criminal Case No. 13-cr-0219-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    RODNEY DELATORRE REYNA**,

    Defendant.
_____

**ORDER ON UNOPPOSED MOTION TO CONTINUE CURRENT
HEARING AND TO CONSOLIDATE CASES FOR
CHANGE OF PLEA AND REVOCATION HEARINGS**

This matter comes before the Court on Defendant Rodney Delatorre Reyna's Unopposed Motion to Continue Current Hearing, To Consolidate Cases for Change of Plea and Revocation Hearings, and For Further Proceedings (ECF No. 29).  The Court finding good cause exists hereby ORDERS as follows:

1.    Defendant's Motion is GRANTED.

2.    The Final Revocation of Supervised Release Hearing set for February 25, 2014 at 11:00 a.m. is hereby VACATED.

3.    The Final Revocation of Supervised Release hearing is RESET to March 20, 2014 at 10:00 a.m.  In Courtroom A801.

4.    As set forth in this Court's Revised Practice Standard IX.I.3 (as revised effective December 1, 2013): (a) the Probation Office is DIRECTED to file

    the Supervised Release Violations Report with the Court on or before **March 6, 2014**;

5. All motions or statements regarding any matter to be taken up at the Final Hearing must be filed not later than **10 days prior to the Final Hearing**, and all Responses to such papers must be filed not later than **5 days prior to the Final Hearing**.

Dated this 24th day of January, 2014.

BY THE COURT:

_William J. Martínez_
William J. Martínez
United States District Judge