IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: March 28, 2014 |
| Court Reporter: Janet Coppock | Probation: Angela Ledesma |

_____

| | |
|---|---|
| Criminal Action No.  13-cr-00219-WJM | *Counsel:* |
| UNITED STATES OF AMERICA, | Susan Knox |
|     Plaintiff, | |
| v. | |
| RODNEY DELATORRE REYNA, | Richard Banta |
| a/k/a Rodney Guada Delatore-reyna, | |
| a/k/a Rodney Guada De La Torre Reyna, | |
|     Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - Violation of Supervised Release

11:01 a.m.    Court in Session

Defendant present and in custody.

The oath was administered to the defendant at the change of plea hearing in 13-cr-159, held immediately before this hearing.

The Court reminds the defendant that he is still under oath.

Defendant understands and ADMITS to Violation Nos. 1, 2 and 3 of supervised release.

Defendant advised of the possible penalties and consequences.

Defendant's constitutional rights explained.

1

Defendant is advised of his right to a hearing.

The Court accepts defendant's admissions.

The Court finds that the defendant violated the conditions of supervised release.

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. Banta

The defendant waives his right of Allocution.

**ORDERED:   Defendant Rodney Delatorre Reyna's supervised release is REVOKED and he is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months on each violation of supervised release.  This 12-month sentence shall be served concurrent with any sentence imposed in 13-cr-00159-8-WJM.**

**The Court recommends that the Bureau of Prisons give the defendant full credit for his time served in pretrial detention.**

**No period of supervised release is imposed.**

Defendant advised of his right to appeal the sentence imposed in the very limited circumstances of his conviction by admission to the violations charged in the Supervised Release Petition.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

11:16 a.m.   Court in Recess
             Hearing concluded
             Time: 15 minutes